


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:18CR 203 |
| | § | Judge Mazzant |
| JUAN ANTONIO MARTINEZ | § | |
| a.k.a. Antonio Juan Martinez | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation: 21 U.S.C. § 841(a)(1)
> (Possession with the Intent to Distribute Methamphetamine)

On or about August 18, 2018, within the Eastern District of Texas, **Juan Antonio Martinez, a.k.a. Antonio Juan Martinez**, defendant, did knowingly did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. § 841(a)(1).

### Count Two

> Violation: 18 U.S.C. § 924(c)
> (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about August 18, 2018, within the Eastern District of Texas, **Juan Antonio Martinez, a.k.a. Antonio Juan Martinez**, defendant, did knowingly possess a firearm, namely, a Diamondback .380 Caliber Pistol, Model DB380, Serial Number ZG9191, in

furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: possession with intent to distribute methamphetamine.

In violation of 18 U.S.C. § 924(c).

### Count Three

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about August 18, 2018, within the Eastern District of Texas, **Juan Antonio Martinez, a.k.a. Antonio Juan Martinez**, defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce the following firearm, a Diamondback .380 Caliber Pistol, Model DB380, Serial Number ZG9191.

In violation of 18 U.S.C. § 922(g)(1).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, this defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461, and 21 U.S.C. § 853, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to:

a. a Diamondback .380 Caliber Pistol, Model DB380, Serial Number ZG9191; and

b. Any ammunition related to the case.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____          10-10-18
TRACEY M. BATSON                                Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 4:18CR____ |
| | § | Judge _____ |
| JUAN ANTONIO MARTINEZ | § | |
| a.k.a. Antonio Juan Martinez | | |

## NOTICE OF PENALTY

### Count One

Violation: 21 U.S.C. § 841(a)(1)

Penalty: If 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine or if 5 grams or more of methamphetamine (actual) – not less than 5 years and not more than 40 years imprisonment, a fine not to exceed $5 million, or both, supervised release of at least 4 years;

Special Assessment: $100.00

### Count Two

Violation: 18 U.S.C. § 924(c)

Penalty: Imprisonment of not less than 5 years, unless the firearm is brandished, in which case the minimum is 7 years, or unless the firearm is discharged, in which case the minimum sentence is 10 years, which must be served consecutively to any other term of imprisonment, a fine not to exceed $250,000.00, or both; and supervised release of at least three (3) years, but not more than five (5) years.

In the case of a second or subsequent conviction, imprisonment of not less than 25 years which must be served consecutively to any other term of imprisonment, a fine not to exceed $250,000, or both; and supervised release of at least three (3) years, but not more than five (5) years.

Special Assessment: $100.00

## Count Three

Violation:   18 U.S.C. § 922(g)(1)

Penalty:   Imprisonment for a term of not more than ten years; a fine not to exceed $250,000.00; and supervised release of not more than three years.

Special Assessment: $100.00 for each count